## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY, | : : : : |
| Plaintiff, | : Civil Action No. 2:24-cv-00063 : |
| v. | : : |
| G&A CARPENTRY, INC., | : : |
| Defendant. | : : : |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**TO THE CLERK:**

Plaintiff Western World Insurance Company dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party will bear their respective fees and costs.

**GREENBERG TRAURIG, LLP**

Dated: September 10, 2024

*/s/ George J. Farrell*
George J. Farrell, Esq. (PA No. 324521)
Joel Eads, Esq. (PA No. 72786)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel (215) 988.7800
Fax (215) 988.7801
George.Farrell@gtlaw.com
Joel.Eads@gtlaw.com

*Attorneys for Plaintiff Western World Insurance Company*

## **CERTIFICATE OF SERVICE**

I, George J. Farrell, hereby certify that on this 10th day of September 2024, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served via this Court's ECF filing system on all counsel of record.

*/s/ George J. Farrell*
George J. Farrell, Esq.